## MEMORANDUM DECISION

## ON REHEARING

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



FILED

Jan 30 2017, 8:37 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEY FOR APPELLANT

Mark A. Bates
Lake County Public Defender
Crown Point, Indiana

ATTORNEYS FOR APPELLEE

Gregory F. Zoeller
Attorney General of Indiana

Larry D. Allen
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

Jose Gutierrez,
*Appellant-Defendant,*

v.

State of Indiana,
*Appellee-Plaintiff*

January 30, 2017

Court of Appeals Case No.
45A05-1512-CR-2372

Appeal from the Lake Superior Court

The Honorable Salvador Vasquez, Judge

Trial Court Cause No.
45G01-1311-MR-11

**Mathias, Judge.**

Jose Gutierrez ("Gutierrez") petitions for rehearing following our memorandum decision affirming his convictions. *See Gutierrez v. State*, No. 45A05-1512-CR-2372 (Ind. Ct. App. Oct. 21, 2016). Gutierrez argues, in part, that in paragraph 9, we incorrectly stated, "Gutierrez also pulled the handgun from his pocket to show to other people in the bar." We grant rehearing for the limited purpose of correcting this sentence to read, "Gutierrez also pulled the handgun from his pocket to show to an unidentified individual sitting in a parked car in the bar's parking lot." In all other aspects, we affirm our original memorandum decision.

Robb, J., and Brown, J., concur.